

NUMBER 13-08-00720-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

STATE OFFICE OF RISK MANAGEMENT,                     Appellant,

v.

ALICIA FUENTES,                                       Appellee.

On Appeal from the 370th District Court
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela**
**Memorandum Opinion Per Curiam**

Appellant, State Office of Risk Management, perfected an appeal from a judgment

entered by the 370th District Court of Hidalgo County, Texas, in cause number C-900-05-

G.  Appellant has filed an unopposed motion to dismiss the appeal on grounds appellant

no longer wishes to pursue its appeal. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 21st day of May, 2009.